UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE QUEZADA, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>HALEN BRANDS, INC,<br><br>            Defendant. | Case No.: 1:21-cv-04072-ER<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to the Parties' Stipulation, **IT IS SO ORDERED**. Defendant should answer or otherwise respond to Plaintiffs' Complaint on or before August 6, 2021. In the event that Defendant intends to respond to the Complaint by filing a motion, Defendant is directed to follow the Court's Individual Rules to request a pre-motion conference.

Dated: New York, New York
       August 3, 2021

_____
Hon. Edgardo Ramos
United States District Judge